CAROLYN A. DYE  BAR NO. 97527
3435 Wilshire Blvd.
Suite 1045
Los Angeles, CA 90010
Telephone 213/368-5000
Facsimile 213/368-5009

Proposed Attorney for Sam S. Leslie,
Chapter 7 Trustee

FILED & ENTERED

AUG 13 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

INSYNC MARKETING SOLUTIONS, INC.,

Debtor.

_____

Case No. 2:09-bk-14242-ER
[Chapter 7]

ORDER AUTHORIZING
SALE OF ESTATE'S INTEREST IN
VEHICLES

Date:   August 5, 2009
Time:   10:00 a.m.
Place:  Courtroom 1568
        255 E. Temple Street
        Los Angeles, CA 90012

The Motion of Sam S. Leslie, Chapter 7 Trustee ("Trustee") for an order approving the sale of the estate's interest in certain vehicles was set for hearing on the date, time and place referenced above. No opposition having been filed, the Court waived appearances. No over-bidders appearing at the hearing, and notice to creditors and other interested parties of the Trustee's Motion being and proper under the circumstances, the Court, having considered the Trustee's Motion and good cause appearing therefore,

IT IS HEREBY ORDERED:

1.  The Trustee's Motion is granted;

2.  The Trustee is authorized to sell to Juan Anthony Raygoza ~~of~~ two vehicles i) a 2003 Chevrolet ~~$10~~ S10 Truck, vehicles identification number 1 GCCS 14HX8247481; and ii) a 2003 Toyota Tacoma truck, vehicle identification number 5TENl42N032193302. The purchase price for both vehicles shall be $4,000, payable upon entry of this Order, all as stated in the Motion.

# # #

DATED: August 13, 2009

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3435 Wilshire Blvd., Suite 1045, Los Angeles, California 90010.

A true and correct copy of the foregoing document described as Order Authorizing Sale of Estate's Interest In Vehicles will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – N/A.**

**II.    SERVED BY U.S. MAIL.** On August 12, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid addressed as follows:

Office of the U.S. Trustee
Attn: Ron Maroko, Esq.
725 South Figueroa Street
Twenty-Sixth Floor
Los Angeles, California 90017

☐ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY.** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 12, 2009, I served the following person(s) and/or entity(ies) by personal delivery as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ernest M. Robles
United States Bankruptcy Judge
Bin Outside of Room 1560
255 East Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 12, 2009                             _____/s/_____

Shawn Sterrett

**NOTE TO USERS OF THIS FORM:**
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I** below: The United States trustee and case trustee (if any) will always be in this category.
**4)** **Category II** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address of person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled Order Authorizing Sale of Estate's Interest In Vehicles was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s),  the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 12, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case to receive NEF transmission at the email address(es) indicated below.

| | |
|---|---|
| Jess R Bressi | jbressi@luce.com |
| Cynthia M Cohen | cynthiacohen@paulhastings.com |
| Carolyn A Dye | trustee@cadye.com, cdye@ecf.epiqsystems.com |
| Duane M Geck | dmg@severson.com |
| Michael I. Gottfried | mgottfried@lblawllp.com, aerskine@lblawllp.com |
| Carl Grumer | cgrumer@manatt.com |
| Mark D Hurwitz | mhurwitz@lsl-la.com |
| Sam S Leslie | sleslie@ecf.epiqsystems.com, gbaltazar@lesliecpa.com |
| Daniel J McCarthy | dmccarthy@hillfarrer.com |
| Josefina F McEvoy | jfmcevoy@foxrothschild.com, jparrott@foxrothschild.com |
| Leo D Plotkin | lplotkin@lsl-la.com, dsmall@lsl-la.com |
| Daniel H Reiss | dhr@lnbrb.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Gilbert B Weisman | notices@becket-lee.com |

☐ Service information continued on attached page

**II.    SERVED BY THE COURT VIA U.S. MAIL - N/A.**
A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below.

☐ Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY – N/A.**
Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below.

☐ Service information continued on attached page