SAM S. LESLIE, CPA
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009
Email: trustee@trusteeleslie.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:09-bb-14242-ER |
| | ) [Chapter 7] |
| INSYNC MARKETING SOLUTIONS, LLC., | ) |
| | ) NOTICE OF UNCLAIMED DIVIDENDS |
| Debtor. | ) |
| | ) [Federal Rule of Bankruptcy |
| | ) Procedure 3011] |
| | ) |
| | ) [No Hearing Required] |

Sam S. Leslie, Chapter 7 Trustee in the above-captioned bankruptcy case, submits $502.52 representing the total amount of unclaimed dividends in the estate. Such funds are remitted to the Court pursuant to Bankruptcy Rule 3011. The name, address and amount to be paid to the creditor is:

| Claimant | Claim No. | Amount |
|---|---|---|
| Ashley Elaine Fair<br>709 Manhattan Avenue<br>Hermosa Beach, CA 90254 | 149 | $502.52 |

Dated: March 19, 2018

_____
Sam S. Leslie, Chapter 7 Trustee